**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Charles Brandt
Brandt & Sherman Injury
111 Mercury Street
Lafayette LA 70503

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 23, 2022

**REHEARING ACTION: March 23, 2022**

**Docket Number: 20   00541-CA**

**MITCHELL BAUDOIN**
**VERSUS**
**AMERICAN GLASS AND MIRROR**
**WORKS,INC., ET AL.**

**Appealed from St. Martin Parish Case No. 86404**

**BEFORE JUDGES:**

**Hon. D. Kent Savoie**
**Hon. Jonathan W. Perry**
**Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mitchell Baudoin** has this day been

**DENIED.**

cc: Colin P. O'Rourke, Counsel for the Appellee
    Bryce M. Addison, Counsel for the Appellee
    Michael W. Campbell, Counsel for the Appellee
    Brent Michael Maggio, Counsel for the Appellee
    Michael Joey Bernard, Counsel for the Appellee